DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

RECEIVED
FEB 26 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
(212) 416-8922

**ANDREW M. CUOMO**
Attorney General

February 25, 2008

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Hon. Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Carter v. DOCS**, <u>07 Civ. 7788</u>

Dear Judge Baer:

I represent defendants Kudlack, Goulding and Gaynor in the above referenced case. I enclose a proposed order in the above case dismissing the action for failure to prosecute unless plaintiff produces the outstanding documents within 10 days. I have mailed plaintiff the proposed order by overnight mail on this same date.

Respectfully,

Benjamin Lee
Assistant Attorney General

cc: Trevaughn Carter



*[Handwritten order dated 3/17/08]:* This complaint is dismissed. The π has had ample time & ample notice & discovery tools for this, and has refused to comply with discovery to this date — evidence and medical records have none been forthcoming. The π was alerted to not only the last notice of February 25, 08, but to prior documents. He should be in no response. The motion is granted & dismiss for failure to prosecute & the clerk is instructed to remove this matter from my docket. SO ORDERED. Fred Baer

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Endorsement 3/17/08 This complaint is dismissed. The plaintiff has had ample time and ample notice and has refused to comply with discovery including but not limited to releases for medical records – none have been forthcoming. The plaintiff was alerted to this result occurring should he not respond to the last notice of February 25, 2008, there has been no response. The motion to dismiss for failure to prosecute is granted and the clerk is instructed to remove the matter from my docket.